IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 09–cv–00137–PAB–KMT

MR. JUAN RAMON MATTA LOPEZ,

    Plaintiff,

v.

MR. R. WILEY,
MR. UNKNOWN KRIST,
MR. UNKNOWN SPROUL,
MS. KIM FLUCK, and
MR. W. HAYGOOD,

    Defendants.

---

### ORDER RESETTING PRELIMINARY SCHEDULING CONFERENCE

---

    The above captioned case has been referred to Magistrate Judge Kathleen M. Tafoya by District Judge Philip A. Brimmer, pursuant to the Order of Reference dated July 6, 2009. *See* 28 U.S.C. § 636(b)(1)(A) and (B) and Fed. R. Civ. P. 72(a) and (b).

    A Preliminary Scheduling Conference was previously set for January 05, 2010 at 9:15 a.m. and plaintiff did not appear.

**IT IS HEREBY ORDERED** the Preliminary Scheduling is **reset** for **January 26, 2010 at 10:45 a.m.,** in Courtroom C-201, Second Floor, of the Byron Rogers U.S. Courthouse, 1929 Stout Street, Denver, Colorado. Plaintiff, or his case manager, shall arrange for his participation via telephone, **on time**, and shall call **(303) 335-2780** at the scheduled time.

The Clerk of Court is hereby **ORDERED** to add Plaintiff's case manager as a party**: Case Manager for Juan Ramon Matta Lopez, #37671-133, FLORENCE ADMAX, U.S. PENITENTIARY, Inmate Mail/Parcels, PO BOX 8500, FLORENCE, CO 81226.**

   The parties need not comply with the requirements of Fed. R. Civ. P. 16 and D.C.Colo.LCivR. 16.2 and 26.1.  The purpose of the initial conference is to consider the nature and status of the case, the timing for filing of any motions, and what discovery, if any, will be needed.

   Dated this 5th day of January, 2010.

                 **BY THE COURT:**

                 Kathleen M. Tafoya
                 United States Magistrate Judge