**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Philip A. Brimmer**

Civil Case No. 09-cv-00137-PAB-KMT

MR. JUAN RAMON MATTA LOPEZ,

    Plaintiff,

v.

MR. W. HAYGOOD, et al.,

    Defendants.

_____

**ORDER OF DISMISSAL WITH PREJUDICE**
_____

THIS MATTER comes before the Court upon the Stipulated Motion to Dismiss [Docket No. 46]. The Court has reviewed the pleading and is fully advised in the premises. It is

**ORDERED** that the Stipulated Motion to Dismiss [Docket No. 46] is GRANTED. It is further

**ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), this matter, and all claims asserted therein, is dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

DATED February 26, 2010.

                                          BY THE COURT:

                                          s/ Philip A. Brimmer
                                          PHILIP A. BRIMMER
                                          United States District Judge